IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KATHERN BENTLEY, et al., *

      Plaintiffs, *

v.     Case No.7:12-CV-132(HL)

    *

RODNEY BAKER and JEROD BAKER,
Individually, d/b/a J & R BAKER FARMS, *
LLC, and/or J & R FARMS PARTNERSHIP,

    *

      Defendants.

## J U D G M E N T

Pursuant to this Court's Order dated February 6, 2014, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

In favor of Plaintiff Jonathan Daniels in the amount of $2,200.00; Plaintiff Rachel Flemming in the amount of $2,200.00; Plaintiff Mary Jo Fuller in the amount of $2,200.00; Plaintiff Stephanie Jackson in the amount of $2,200.00, Plaintiff Danny King in the amount of $2,200.00; Plaintiff Marcus Moore in the amount of $2,200.00; Plaintiff Dana Spradley in the amount of $2,200.00; Plaintiff Kashonda Walker in the amount of $2,200.00; Plaintiff Andrea Ware in the amount of $2,200.00; Plaintiff Maleah Caldwell in the amount of $700.00; Plaintiff Fiona Dawson in the amount of $700.00 and against Defendants Rodney Baker and Jerod Baker, individually, d/b/a J & R Baker Farms, LLC and/or J & R Farms Partnership.

This 7th day of February, 2014.

                                            Gregory J. Leonard, Clerk

                                            s/ Robin L. Walsh, Deputy Clerk

Approved by:

*s/ Hugh Lawson*_____
HUGH LAWSON
United States District Judge